UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KATHY LYNN BARNETT,

    Plaintiff,

  v.

UNITED COLLECTION BUREAU, INC.,
an Ohio corporation,

    Defendant.

Case No. 06-cv-4036-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                            NORBERT JAWORSKI

Dated:  November 8, 2006                           s/Brenda K. Lowe


Approved:    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**